55 A.3d 1043

**MODERN EQUIPMENT SALES AND RENTAL CO. and Modern Group, Ltd., Petitioners**

v.

**Ruick L. ROLLAND and Holly Rolland, H/W, Respondents.**

**No. 118 EM 2012.**

Supreme Court of Pennsylvania.

Oct. 4, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of October, 2012, the Petition for Review and the Application for Leave to File a Reply Brief are **DENIED.**